UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 5:19-cr-0153-LCB-JHE-1 |
| ) | |
| HEATHER NICOLE HASTINGS ) | |
| ) | |
| Defendant. ) | |

## ORDER

The magistrate judge entered a report on August 16, 2019, recommending that the defendant's motion to suppress be denied. The report and recommendation provided that the either party was entitled to file specific written objections within 14 days of its entry. However, no objections were filed.

Having carefully reviewed and considered *de novo* all the materials in the Court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the Court **ORDERS** that the defendant's motion to suppress (Doc. 13) is **DENIED**.

**DONE** and **ORDERED** October 10, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE